UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| **Andrew Chien: Pro Se Plaintiff** <br> -against- <br> **Richard J Freer, Defendant** | CIVIL ACTION NO: <br> 3:23 CV <br> March 31, 2023 |

---

## Motion For Permission

Plaintiff Andrew Chien, appearing as pro se, files this Motion for Permission to file this complaint, which has partial events mentioned in previous cases 3:12cv 1378(AWT), 3:15cv1620 and 3:16cv1881(AVC) under summary judgments without merit discovery..

Respectfully Submitted

Plaintiff: *A Chien*
655 Ellsworth Avenue
New Haven, CT 06511
Tel: 203-4353783
Email: jcs23@yahoo.com

MAR 31 2023 PM3:10
FILED-USDC-CT-NEW_HAVEN